# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRED J. EPPERSON, BROOKSY
SEMPLE, AND STEPHEN KOHARA

VERSUS

DRESSER, LLC, DRESSER RE
LLC, BAKER HUGHES HOLDINGS,
LLC, BAKER HUGHES, INC.,
BAKER HUGHES, A GE COMPANY,
LLC, BAKER HUGHES COMPANY,
GENERAL ELECTRIC COMPANY, GE
OIL AND GAS LLC, GE OIL AND
GAS, INC., GE OIL AND GAS US
HOLDINGS I, INC., CFC
HOLDINGS, INC., EHHC NEWCO,
LLC., HALLIBURTON ENERGY
SERVICES, INC., LOUISIANA
DEPARTMENT OF ENVIRONMENTAL
QUALITY, AND DEREK DESCANT

NO.  2026 CW 0059

JUNE 01, 2026

---

In Re:   The Louisiana Department of Environmental Quality,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. C-755218.

---

BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.